JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEANETTE LALLY, an individual; KENNETH R. LALLY, an individual,

Plaintiffs,

vs.

P.F. CHANG'S CHINA BISTRO, INC., a corporation; and DOES 1 to 25, inclusive,

Defendants.

**CASE NO. 8:25-cv-01278-JVS-ADS**

**ORDER RE: JOINT STIPULATION FOR DISMISSAL [15]**

State Action filed: 01/02/2025

I upon consideration of the Joint Stipulation for Dismissal submitted by plaintiffs, JEANETTE LALLY and KENNETH R. LALLY, and defendant P.F. CHANG'S CHINA BISTRO, INC..

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: August 13, 2026

Hon. James V. Selna
United States District Judge